UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE MURILLO, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> ) <br> Defendant. ) <br> _____) | Case No. CV 08-1560-CT <br><br> ORDER TO SHOW CAUSE RE <br> DISMISSAL FOR FAILURE <br> TO PROSECUTE |

By order filed March 7, 2008, plaintiff was ordered to electronically file her brief in support of complaint within 30 days after the answer is filed.

The answer was filed on May 9, 2008. Plaintiff was advised that failure to comply with this order may result in dismissal of this case.

Plaintiff has failed to file her brief. Plaintiff shall show cause why this action should not be dismissed for violation of the court's previous order, and/or plaintiff's failure to diligently prosecute. See Rule 41(b), Fed.R.Civ.P. and Link v. Wabash Railroad Co., 370 U.S. 626, 629-30 (1962), reh'g denied, 371 U.S. 873 (1962).

If plaintiff objects to such dismissal, plaintiff shall file a written objection to the dismissal with points and authorities not later

1  than June 24, 2008. Failure to file this objection within the time
2  specified will be deemed consent to the dismissal of this action as
3  proposed.

4      If the required brief is filed not later than June 24, 2008, the
5  Order to Show Cause re Dismissal will be withdrawn.

6      IT IS FURTHER ORDERED that the Clerk shall serve forthwith a copy
7  of this Order for all parties appearing in this action or on a party if
8  that party is not represented by counsel.

9      DATED: June 17, 2008

_____
CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE

cc: Steven G. Rosales, Esq.
    Law Offices of Lawrence D. Rohlfing
    12631 E. Imperial Hwy, Suite C115
    Santa Fe Springs, CA 90670

    Jean M. Turk, Special AUSA
    333 Market Street, Suite 1500
    San Francisco, CA 94105