STEVEN G. ROSALES
ATTORNEY AT LAW 222224
LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
SANTA FE SPRINGS, CALIFORNIA  90670-4712

TEL: 562/868-5886
FAX:  562/868-5491
E-MAIL: steven_rohlfinglaw@hotmail.com

Attorney for plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE MURILLO, <br><br>          Plaintiff, <br>     vs. <br><br> MICHAEL J. ASTRUE, Commissioner Social Security, <br><br>          Defendant | Case No.:  CV  08-1560 CT <br><br> (PROPOSED) ORDER |

TO THE HONORABLE CAROLYN TURCHIN, MAGISTRATE JUDGE OF THE DISTRICT COURT:

IT IS HEREBY ORDERED, based on the stipulation by and between the parties, through their respective counsel, that the court dismisses the above matter without prejudice. Each side to bear her own costs and expenses, including but not limited to attorney's fees.

IT IS SO ORDERED.

DATE: June 25, 2008

_Carolyn Turchin_
THE HONORABLE CAROLYN TURCHIN
UNITED STATES MAGISTRATE JUDGE